IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 8:15CB7 |
| | ) | Violation No.: 3159290 NE6 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES D. PRATHER, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

The government's Motion to Continue (Filing No. 4) is granted. The initial appearance in this matter is continued to August 25, 2015, at 9:00 a.m. before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 28th day of July, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge